## Dr. Irving Rothenberg, Appellee, v. Elizabeth Kaiser, Appellant.

### Gen. No. 43,489.

opinion filed May 29, 1946; released for publication June 13, 1946. Dent, Weichelt & Hampton, for appellant; Dwork & Epton, for appellee; Walter E. Moss, of counsel. Opinion by JUSTICE SULLIVAN. Not to be published in full.